UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    Case No. 25-CR-163

ADRIAN D. ALLEN,

        Defendant.

[18 U.S.C. §§ 922(a)(6), 922(a)(1)(A), 924(a)(1)(D) & 924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about April 3, 2025, in the State and Eastern District of Wisconsin,

**ADRIAN D. ALLEN,**

in connection with the acquisition of a firearm from Brew City Shooter's Supply, Inc., a federally licensed firearms dealer in West Milwaukee, Wisconsin, knowingly made a false and fictitious written statement intended and likely to deceive the FFL as to a fact material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Glock G20c 10mm pistol, bearing serial number CDFE972, Allen falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual transferee/buyer of the firearms, when in fact, Allen purchased the firearms on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about January 7, 2025, and July 17, 2025, in the State and Eastern District of Wisconsin,

**ADRIAN D. ALLEN,**

not being a licensed importer, licensed manufacturer, and licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

3

## FORFEITURE NOTICE

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 922(a)(6) set forth in Counts One, Two, and Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

a. a Glock 21 Gen 4, 45 ACP caliber pistol, bearing serial number ahef888:

b. a Glock G20c 10mm caliber pistol, bearing serial number CDFE970: and

c. a Glock G20c 10mm pistol, bearing serial number CDFE972.

A TRUE BILL:

FOREPERSON
Dated: 8-26-25

RICHARD G. FROHLING
Acting United States Attorney